# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>EDIK SUBBOTIN HOWARD (1),<br><br>　　　　　　　Defendant. | Case No. 15CR2835-H<br><br>Booking No. 50629-298<br><br>JUDGMENT AND ORDER<br>OF DISMISSAL |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Indictment in the above entitled case against defendant Edik Subbotin Howard. The defendant is hereby discharged as to this case only.

The Defendant is presently in the custody of the Attorney General at Federal Medical Center Butner pursuant to a competency restoration order in this case. Accordingly, the Court directs the Clerk to send a copy of this Order to the United States Marshals Service and Nellie T. Klein, Senior Counsel for the Federal Bureau of Prisons, Metropolitan Correctional Center San Diego.

IT IS SO ORDERED AND ADJUDGED.

DATED: August 26, 2016

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE